**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Paul LANNERT,**
**Defendant–Appellant.**

**No. 07–12555**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 2, 2008.

Kathleen M. Williams, Miami, FL, A. Fitzgerald Hall, Federal Public Defender, Tampa, FL, for Plaintiff-Appellee.

Susan Hollis Rothstein, U.S. Attorney's Office/ Middle Dist. of Florida, Tampa, FL, for Defendant-Appellant.

Before EDMONDSON, Chief Judge, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Thomas Dale, appointed counsel for William Lannert in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examina-

tion of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lannert's revocation of supervised release and resulting sentence are **AFFIRMED.**